IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL SCIENCE & TECHNOLOGY INSTITUTE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 97-617C |
| v. | ) | |
| | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of May 10, 2004, the parties submit the following joint status report.

The parties are exploring settlement of this case and the other cases before the Court with which it is related. In addition, and concurrent with their consideration of settlement, the parties have determined that resolution of their disputes may be possible through cross-motions for summary judgment, but that additional discovery will be warranted before the filing of such motions. To this end, the parties anticipate that they can complete fact discovery before December 31, 2004.

The parties have further agreed that this joint status report may be electronically filed upon behalf of both parties by counsel for defendant.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L. St., N.W.
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 514-8624

Attorneys for Defendant

s/ Hilary S. Cairnie
HILARY S. CAIRNIE
Vorys Sater Seymour & Pease LLC
1828 L Street, N.W.
Washington, D.C. 20035
Tele: (202) 467-8888
Fax: (202) 533-9026

Attorneys for Plaintiff

June 28, 2004