# In the United States Court of Federal Claims

No. 97-617 C
(Filed: June 29, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *
**INTERNATIONAL SCIENCE AND TECHNOLOGY INSTITUTE, INC.**

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 7, 2002, this action was stayed pending the Federal Circuit's decision in *International Science and Technology Institute, Inc., v. United States*, Fed. Cir. No. 02-5155. The final decision in the *International Science* appeal was made on April 13, 2004. As per court order, the parties filed a Joint Status Report on June 28, 2004. In that report, the parties expressed their intentions to explore settlement while conducting discovery and preparing for possible cross-motions for summary judgment. Neither party has requested a continuation of the stay that began in 2002. As a result, the Court hereby ORDERS that the stay in this case will now be lifted.

The Court further ORDERS that the parties will (1) complete fact discovery on or before December 3, 2004; and (2) submit a status report, joint or separate, updating the Court on the progress of settlement negotiations and of discovery (including any impediments thereto) on or before September 17, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge